# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
MAR 19 2008
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

United States of America
v.
Johnny McGuire Hammack

Date of Previous Judgment: December 8, 1998
(Use Date of Last Amended Judgment if Applicable)

Case No: 4:97CR30010-001
USM No: 34268-083

Defendant's Attorney

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __132__ months **is reduced to** __(see comments)__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: __35__      Amended Offense Level: __33__
Criminal History Category: __I__     Criminal History Category: __I__
Previous Guideline Range: __168__ to __210__ months     Amended Guideline Range: __135__ to __168__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**
Amended Sentence: 106 months OR time served, whichever is longer.

Except as provided above, all provisions of the judgment dated __12/8/1998__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 3/19/08

Effective Date: ~~3/13/08~~ 3/29/08
(if different from order date)

Judge's signature
Jackson L. Kiser, Senior United States District Judge
Printed name and title